■ In the Matter of ELVIN M., a Person Alleged to be a Juvenile Delinquent, Appellant. [995 NYS2d 68]—Order, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about November 21, 2013, which denied appellant's application to seal the record of his prior adjudication as a juvenile delinquent, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appellant's Family Court Act § 375.2 sealing application. Given the seriousness of the underlying crimes, and appellant's participation in a gang assault while on probation, the interest of justice would not be served by sealing these records (*see Matter of Rosa R.*, 68 AD3d 407 [1st Dept 2009]; *Matter of Carlton B.*, 268 AD2d 368 [1st Dept 2000]). Appellant's interests are adequately protected by the automatic general confidentiality of Family Court proceedings (*see* Family Ct Act §§ 166; 380.1), and the additional remedy of sealing these records could potentially impede their use by law enforcement agencies for legitimate purposes in the event appellant engages in further criminal activity. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MARTINEZ, Appellant. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles H. Solomon, J., at plea and sentencing), rendered on or about November 1, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.